# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Action No. 62-cr-17032-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD H. ORANSKY,

    Defendant.

## ORDER DENYING REQUEST FOR EXPUNGEMENT

**Blackburn, J.**

    The matter is before me for consideration and resolution of the motion (in correspondence form) for expunction of criminal records[1] [#4] filed April 1, 2002, by the defendant pro se. Although inexplicit, in deference to a pro se litigant, I liberally construe his motion to request expunction of records of both his arrest and conviction. The defendant seeks expunction to facilitate his periodic travels to Canada to visit friends who reside there. I deny the motion.

    United States District Courts have ancillary jurisdiction to expunge criminal records.[2] However, exercise of ancillary jurisdiction to expunge is limited sedulously to

---

[1] Filed improperly in correspondence form, see **D.C.COLO.LCrR 49.3**.

[2] *See United States v. Sumner*, 226 F.3d 1005, 1014 (9th Cir. 2000); *cf. United States v. Linn*, 513 F.2d 925, 927 (10th Cir. 1975).

expunction of the record of an unlawful arrest or unlawful conviction.[3] Because the defendant alleges neither, he is not entitled to expunction.

**THEREFORE, IT IS ORDERED** that defendant's pro se motion (in correspondence form) for expunction of criminal records [#4] filed April 1, 2002, **IS DENIED**.[4]

Dated October 10, 2006, at Denver, Colorado.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn**
                                            **United States District Judge**

---

[3] ***Sumner, supra.***

[4] To the extent defendant's letter [#6] filed July 8, 2002, may be read as a second motion for expungement, it too is denied by this order.